972 A.2d 483

COMMONWEALTH of Pennsylvania, Respondent

v.

Steven SMITH, Petitioner.

Supreme Court of Pennsylvania.

May 19, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of May, 2009, the Petition for Allowance of Appeal is **DENIED.**

Justice TODD did not participate in the consideration or decision of this matter.